**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alberto ESPINOSA, Defendant–Appellant.**

No. 09–7252.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2011.

Decided: Aug. 12, 2011.

Alberto Espinosa, Appellant pro se. Deborah A. Johnston, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alberto Espinosa appeals the district court's order denying his motion to unseal documents. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Espinosa,* No. 8:97–cr–00343–AW–13 (D. Md. June 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*